UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| DONALD LOWE, | ) CV 08-149-R (SH) |
| | ) |
| | ) JUDGMENT |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN MARSHALL (Warden), | ) |
| | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is conditionally granted, as set forth in the Amended Report and Recommendation.

DATED: <u>Sept. 20, 2010</u>

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE